No. 81–6756. TUTEN *v.* UNITED STATES. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–1784. AMERICAN CYANAMID CO. *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–2331. PENNSYLVANIA ET AL. *v.* DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–2371. AMIS *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–2384. GENERAL LONGSHORE WORKERS, ILA, LOCALS 1418 ET AL. *v.* BENTZ, ACTING REGIONAL DIRECTOR OF THE FIFTEENTH REGION OF THE NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–2391. KNAPP *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–6462. LOPEZ *v.* FLORIDA PAROLE AND PROBATION COMMISSION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 81–6812. HYDABURG COOPERATIVE ASSN. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.